# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pickering, Sr., Charles W. | U.S. Court of Appeals, 5th Cir | 05/30/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - nominee | X Nomination, Date 05/25/2001<br><br>___ Initial ___ Annual ___ Final | 01/01/2000 to 04/30/2001 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| (current)<br><br>701 N. Main Street, Suite 228<br><br>Hattiesburg, MS 39401 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Owner of a farm | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [X] NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | | General Electric Capital Assurance Co., annuity. | 16,000.00 |
| 2 | | | |
| 3 | | | |

# IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

# V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| ☐ NONE | (No such reportable gifts.) | | |
| Exempt | | | |
| | | | |
| | | | |

# VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Bancorp South | secondary liab. on note secured by DT on prop. valued in excess of debt (paid off 2000) | J |
| 2 | Bancorp South | second liab. on note secured by DT on prop. valued in excess of debt | N |
| 3 | | | |
| 4 | | | |
| 5 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W. | 05/30/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 1 Union Planters Corp. common stock | D | Dividend | M | T | | | | | |
| 2 Bank of Jones County common stock | | None | J | T | | | | | |
| 3 First Bankshares, Inc. | | None | J | T | | | | | |
| 4 Sanderson Farms, common stock | A | Dividend | J | T | | | | | |
| 5 LS Communications, Inc | | None | J | T | | | | | |
| 6 Telecorp PCS, Inc. | | None | J | T | | | | | |
| 7 J.P. Systems, Inc. | | None | J | T | | | | | |
| 8 SmartSynch, Inc. | | None | J | T | | | | | |
| 9 IRA # 1 | D | div, cap. | M | T | | | | | |
| 10 | | gain dist. | | | | | | | |
| 11 | | interest | | | | | | | |
| 12 - Money Fund | | | | | | | | | |
| 13 This ends IRA # 1. | | | | | | | | | |
| 14 IRA # 2 | A | Interest | K | T | | | | | |
| 15 - Money Funds | | | | | | | | | |
| 16 - LS Communications Inc. | | | | | | | | | |
| 17 This ends IRA # 2. | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Pickering, Sr., Charles W. | 05/30/2001 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code (J-P) | D. (4) Gain Code (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 18  658 ac.farm-rural Jones Co.-50 ac.pasture-balance timberland | E | cattle,CRP | P1 | W | | | | | |
| 19  103ac.farm(95ac.rural Jones Co,8ac.rural Covington Co,adj. | | None | M | W | | | | | |
| 20  255 ac.farm-Jones Co.-rural | C | Rent | N | W | | | | | |
| 21  21 acres, rural Jones County | | None | K | W | | | | | |
| 22  1/6th int. in 80 acres-swamp land, Leflore Co., MS | | None | K | W | | | | | |
| 23  1/2 int. in 308 acre farm, Covington Co., MS | | None | M | W | | | | | |
| 24  1 acre non-producing minerals-Grimes Co., TX | | None | J | W | | | | | |
| 25  13 acres non-producing minerals-Jones Co., MS | | None | J | W | | | | | |
| 26  35 acres non-producing minerals-Warren Co., MS | | None | J | W | | | | | |
| 27  50 acres non-producing minerals-Jones Co., MS | | None | J | W | | | | | |
| 28  10 acres non-producing minerals-Jasper Co., MS | | None | J | W | | | | | |
| 29  55 acres non-producing minerals-Lawrence Co., MS | | None | J | W | | | | | |
| 30  50 acres non-producing minerals-Covington Co., MS | D | Bonus | J | W | | | | | |
| 31  Mineral interest-West Yellow Creek LLC-West Chapperell LLC | | None | L | W | | | | | |
| 32  both operated by Tellus Energy, Wayne Co., MS | | | | | | | | | |
| 33  Bank of Jones County account | A | Interest | J | T | | | | | |
| 34  Bancorp South (account) | A | Interest | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | *EXEMPT* | | | | |
| 35 Union Planters Bank (account) | A | Interest | J | T | | | | | |
| 36 IRA # 3 | A | Interest | K | T | | | | | |
| 37 - Money Fund | | | | | | | | | |
| 38 - Mutual Funds | | | | | | | | | |
| 39 Ths ends IRA # 3. | | | | | | | | | |
| 40 Note - Shirley West | B | prin & int | J | T | | | | | |
| 41 Note - Robine & Welch | F | prin & int | | T | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated